Cite as 2026 Ark. 31

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS CONTINUING LEGAL EDUCATION BOARD | **Opinion Delivered:** February 12, 2026 |

## PER CURIAM

The Arkansas Continuing Legal Education Board is currently out of compliance with this Court's rules governing board membership and appointments. Of the Board's nine positions, seven members are serving in a holdover capacity and are not eligible for reappointment. Because only two positions may be reappointed, the Board cannot be restored to compliance through the ordinary reappointment process alone.

Consistent with this Court's longstanding intent that its boards and committees maintain staggered terms, so that only one or a limited number of appointments expire in any given year, it is therefore necessary to reappoint the two eligible members to full three-year terms and to assign initial terms of varying lengths to the newly appointed members.

Accordingly, all terms of appointments to the Board shall hereafter expire on December 31 of the appropriate anniversary year. As provided by this Court's custom and practice, the Deans of the University of Arkansas School of Law in Fayetteville and the William H. Bowen School of Law at the University of Arkansas at Little Rock, as well as the Executive Director of the Arkansas Office of Professional Programs, shall continue to

serve as ex officio, non–voting members. The appointment procedures and membership structure set forth in Rule 1 of the Arkansas Rules for Minimum Continuing Legal Education shall otherwise be followed in full.

Effective immediately, the following individuals are reappointed to the Arkansas Continuing Legal Education Board for an additional three-year term expiring December 31, 2028:

- Katherine C. Campbell of Fayetteville, Statewide at-large; and

- Susan K. Kendall of Rogers, Statewide at-large.

The following individual is appointed to the Board for an initial three-year term expiring December 31, 2028:

- Tyler D. Mlakar of Fayetteville, Third Congressional District.

The following individuals are appointed to the Board for an initial two-year term expiring December 31, 2027:

- Addisyn M. Bryant of Bryant, Second Congressional District;

- Brian G. Thomas of Fayetteville, Statewide at-large; and

- Danielle A. Essary of Lowell, Statewide at-large.

The following individuals are appointed to the Board for an initial one-year term expiring December 31, 2026:

- Hon. Alex S. Bigger of Pocahontas, First Congressional District;

- Hon. James A. Riner of Mena, Fourth Congressional District; and

- Jenna L. Beck of Morrilton, Statewide at-large.

The Court expresses its appreciation to the newly appointed and reappointed members for their willingness to serve on this important Board. The Court further extends its gratitude to the following outgoing members, whose terms have expired, for their years of valuable service: Hon. Laurie A. Bridewell of Lake Village, Amber W. Bagley of Little Rock, Kelsey K. Bardwell of Harrison, Brandon C. Cogburn of Texarkana, Hon. Tjuana C. Byrd Manning of Little Rock, Daveante Jones of Little Rock, and Melissa McJunkins Duke of Little Rock.